UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

JANEL L. BROWN,

    Plaintiff,

v.                                        Case No. 20-CV-602

OLYMPIC EXPRESS, INC,
doing business as Pilot Freight Services, and
JAMES BEST,

    Defendants.

---

## MEDIATION MINUTES AND ORDER RETURNING CASE

---

**Hon. Nancy Joseph, presiding.**

**Type of proceeding:** MEDIATION/SETTLEMENT CONFERENCE

**Date:** April 22, 2021

**Time Commenced:** 9:00 a.m.    **Time Concluded:** 11:15 a.m.

| **Appearances:** | **Plaintiff:** | Janel L. Brown, Plaintiff (via Zoom) |
| --- | --- | --- |
| | | Christopher M. Kloth, Counsel for Plaintiff (via Zoom) |
| | **Defendant:** | James Best, Defendant (via Zoom) |
| | | Claims Specialist Rae Lynn Kahle of West Bend Specialty (via Zoom) |
| | | Mark A. Johnson, Counsel for Defendant (via Zoom) |

**Comments:** Mediation resulted in resolution of the plaintiff's claims. The parties will submit a stipulation of dismissal in approximately two weeks.

**IT IS HEREBY ORDERED** that this case is returned to United States Magistrate Judge Stephen C. Dries for further processing. The case is no longer referred.