# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF WISCONSIN

JANEL L. BROWN,

    Plaintiff,

v.                                                              Civil Action No. 20-CV-602

OLYMPIC EXPRESS, INC. and JAMES BEST,

    Defendants.

## STIPULATION OF VOLUNTARY DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1), the undersigned counsel of record for all parties to the above-captioned action hereby stipulate that the above-captioned action is voluntarily dismissed, with prejudice, and without costs or fees to any party.

**STIPULATED TO:**

Dated: May 4, 2021

                                            MCDONALD & KLOTH, LLC

                                            By:/s/ Christopher M. Kloth
                                            Shannon D. McDonald
                                            *WI Bar No. 1036954*
                                            Christopher M. Kloth
                                            *WI Bar No. 1061498*
                                            MCDONALD & KLOTH, LLC N96W18221
                                            County Line Rd. #200
                                            Menomonee Falls, WI 53051
                                            262-252-9122 (Office)
                                            262-252-9123 (Direct)
                                            414-395-8773 (Fax)
                                            sdm@themklaw.com

                                            **ATTORNEYS FOR PLAINTIFF JANEL L. BROWN**

1

Dated: May 4, 2021

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P. C.

By: */s/ Mark A. Johnson*
Mark A. Johnson
*WI State Bar No. 1018110*
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
1243 N. 10th Street, Suite 200
Milwaukee, WI 53205
Tel: 414-239-6408
Fax: 414-755-8289
Email: mark.johnson@ogletree.com

**ATTORNEYS FOR DEFENDANTS OLYMPIC EXPRESS, INC. and JAMES BEST**

46965224.1